# Exhibit A

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

Donte C. Brandon **Plaintiff**

vs.

2160 Alice Ave
Apt #1
Oxon Hill md 20745

CIVIL ACTION NO. **13-0005494**

Lolita Woodson **Defendants**

~~1722~~
1722 eye Street NW
Washington DC. 20421

**COMPLAINT**

FILED
CIVIL ACTIONS BRANCH
AUG 12 2013
Su...r of the
District of Columbia
Washington, D.C.

She hit me with a cart on April 25, 2013. I called homeland police on 4-26-13 est

1. Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.

Starting Jan 13 ms. Woodson has being calling me names like Bitch fat ass threatling my life say mmm I going to ~~~~ get him. We work ~~for~~ on the same job Department of Veterans Affairs. She would ransack my work area tain cases of my desk on several dates she ~~~~ fake like she was trying to throw a cart at me. Over the last 8 months threat my life called a faggot Bitch. ~~~~ I am suffer from ~~~~ panic attack and ~~~~ depression as of Jan 13 and the Job know about and I am on heavy ~~~~ meds. She hit me with a cart I called Homeland Security police already and filed a report to press charges on her

Wherefore, Plaintiff demands judgment against Defendant in the sum of $ **5,000**
with interest and costs.

Phone: _____

**DISTRICT OF COLUMBIA, SS**

_____, being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the paintiff, exclusive of all set-off and just grounds of defense.

X Donte Brandon
(Plaintiff                                                                                      Agent)

Subscribed and sworn to before me this **12th** day of **August** 20**13**.

(~~Notary Public~~/Deputy Clerk)

FORM CV-1013/1

Case: 2013 CA 005494 B



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

_____
Plaintiff

vs.

Case Number 13 - 0005494

_____
Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Dunkle G. Bandm
_____
Name of Plaintiff's Attorney

_Clerk of the Court_

_____
Address

By _____
Deputy Clerk

_____

Date 9/12/13

Telephone
如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-682-2700) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

DONTE G. BRANDON
Vs.
LOLITA WOODSON

C.A. No.   2013 CA 005494 B

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each Judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Lee F. Satterfield

Case Assigned to: Judge THOMAS J MOTLEY
Date:  August 12, 2013
Initial Conference: 9:30 am, Friday, November 15, 2013
Location: Courtroom 212
          500 Indiana Avenue N.W.

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at htttps://www:dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 2900, 410 E Street, N.W. Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code § 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Clerk's Office. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Lee F. Satterfield

# Superior Court of the District of Columbia

## CIVIL DIVISION

X Nate Brendan

Plaintiff

vs.

X Lolita Woolsey

Defendant

RECEIVED
Civil Clerk's Office
AUG 12 2013
Superior Court of the
District of Columbia
Washington, D.C.

No. 13 - 0005494

## MOTION - (Pro-Se)

MOTION OF X Nate Brendan for TRO

(State briefly what you want the Court to do) [illegible handwriting]

Printed name: Nate Brendan

Address:

Signature: Nate Brendan

Home phone no.

Business phone no.

## CERTIFICATE OF SERVICE

On X 8-12-13 , 20___, I mailed this motion to all the lawyers in the case, the plaintiff(s) and the defendant(s) who do not have lawyers, as listed below:

Name: X Lolita Woolsey
Address: X 1722 eye street NW
Washington, DC 30421

Name:
Address:

X Nate Brendan
Signature

## POINTS AND AUTHORITIES

(Write the reasons why the Court should grant your motion and include Court rules, laws and cases, if any, that support your reasons.)

_____

_____

_____

_____

Signature

Form CV-393/Dec. 00

# Superior Court of the District of Columbia
## CIVIL DIVISION

Dwike Brandon

Plaintiff

vs.

Lolita Woodson

Defendant

No. 13-0005494

RECEIVED
Civil Clerk's Office
AUG 1 2 2013
Superior Court of the
District of Columbia
Washington, D.C.

## MOTION - (Pro-Se)

MOTION OF: Dwike Brandon for PT

(State briefly what you want the Court to do) I would like her ordered not to
call, harass, or threaten my life or to take away
my children and work, she is [illegible] in [illegible] for
[illegible]

Printed name: Dwike Brandon

Signature: [signature]

Address:

Home phone no.

Business phone no.

## CERTIFICATE OF SERVICE

On 8-12-13, 2013, I mailed this motion to all the lawyers in the case, the plaintiff(s) and the defendant(s) who do not have lawyers, as listed below:

Name: Lolita Woodson
Address: 722 E)e Street N/W
Washington 20421

Name:
Address:

Signature: [signature]

## POINTS AND AUTHORITIES

(Write the reasons why the Court should grant your motion and include Court rules, laws and cases, if any, that support your reasons.)

_____

_____

_____

_____

Form CV-393/Dec. 00

Signature

# Superior Court of the District of Columbia
## CIVIL DIVISION

X Donte Brown
Plaintiff

vs.

X Lolita Woodson
Defendant

RECEIVED Civil Clerk's Office AUG 1 2 2013 Superior Court of the District of Columbia Washington, D.C.

No. 13-0005494

## MOTION - (Pro-Se)

MOTION OF: for TO SEAL Address

(State briefly what you want the Court to do) X She has threaten my life and is examining some Juba Tamen liquid med's ~~Bcause~~ I have bad depression and I fear for my life. I have to watch my back every day if he.

Printed name: X Donte Brown
Signature: X Donte Brown
Address:
Home phone no.
Business phone no.

## CERTIFICATE OF SERVICE

X 8-12-13

On 8-12-13 , 2013 , I mailed this motion to all the lawyers in the case, the plaintiff(s) and the defendant(s) who do not have lawyers, as listed below:

| Name: X Lolita Woodson | Name: |
|---|---|
| Address: X 1722 eyes st NW Washington DC 20421 | Address: |

X Donte Brown
Signature

## POINTS AND AUTHORITIES

(Write the reasons why the Court should grant your motion and include Court rules, laws and cases, if any, that support your reasons.)

_____
_____
_____
_____

Form CV-393 / Dec. 00

Signature

# Superior Court of the District of Columbia
## CIVIL DIVISION

X Donte Brown

vs.

Lolita Woodson

RECEIVED
Civil Clerk's Office
AUG 12 2013
Superior Court of the
District of Columbia
Washington, D.C.

No. _____

13-0005494

## MOTION - (Pro-Se)

MOTION OF: for TO SEAL Address

(State briefly what you want the Court to do) X She has threating my life, and we are in the same Jub. I am on treatment's ~~before~~ I have Bad depression and I fear for ~~my life~~ my live I have to watch my back every day of her

Printed name: X Donte Brandon
Signature: X Donte Brandon

Address: _____

Home phone no. _____

Business phone no. _____

## CERTIFICATE OF SERVICE

On X 08-12-13 , 20 13 , I mailed this motion to all the lawyers in the case, the plaintiff(s) and the defendant(s) who do not have lawyers, as listed below:

| Name: X Lolita Woodson | Name: |
|---|---|
| Address: X 1722 eye street NW Washington DC 20421 | Address: |

X Donte Brandon
Signature

## POINTS AND AUTHORITIES

(Write the reasons why the Court should grant your motion and include Court rules, laws and cases, if any, that support your reasons.)

_____
_____
_____
_____

Signature

```
            Superior Court of the District of Columbia
                           Civil Division
                        Civil Actions Branch
```

| | | | |
|---|---|---|---|
| Receipt Type | Case | Outstanding Amount | 0.00 |
| Receipt Number | 260010 | Receipt Date | 08/12/2013 |

```
     Case Number    2013 CA 005494 B

     Description    BRANDON, DONTE G.   vs. WOODSON, LOLITA
```

Action         Complaint for Harassment Filed

Judge          MOTLEY, THOMAS J

Received From  DONTE BRANDON

On Behalf Of   BRANDON, DONTE G.

```
            Total Received      180.00
              Net Received      180.00
                                ------
                    Change        0.00
```

Receipt Payments            Amount      Reference Description
Credit Card                 180.00      8159/01267B


Receipt Applications        Amount
Cost                        180.00

Disbursement Accounts       Amount
Civil Action                120.00
Motion                       60.00

Deputy Clerk:    STEWARTTR    Transaction Date    08/12/2013
                                                  12:37:58.00


Comments

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
*TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA*
OFFICE OF THE JUDGE-IN-CHAMBERS
*OFICINA DEL JUEZ DE TURNO*

COPY

Donte G. Brandon
_____
Plaintiff / *Demandante*

vs.          Case No. / *No. de caso* 13 CA 5494

Lolita Glorcson
_____
Defendant / *Demandado*

## NOTICE OF HEARING / *AVISO DE AUDIENCIA*

You are hereby notified that Plaintiff has filed a/an/ *Por el presente, se le notifica que el/la Demandante ha presentado un/a*:

☑ Application for a Temporary Restraining Order (T.R.O.) / *Solicitud para una Orden de Restricción Temporal (T.R.O por sus siglas en inglés)*

☐ Motion for a Preliminary Injunction / *Petición para un Mandato Judicial Preliminar*

☐ Other / *Otro*: _____

The following Hearing has been scheduled for/has been continued to / *Se ha programado/aplazado la siguiente audiencia para*:

☑ __8-19-2013__ at / *a la(s)* __4:00__ ~~a.m.~~/(p.m.)/ *para*
    (date / *fecha*)            (time / *hora*)

☑ Hearing on the Application for Temporary Restraining Order / *una audiencia sobre la solicitud para una Orden de Restricción Temporal*

☐ Status Hearing on the Motion for Preliminary Injunction / *una audiencia sobre la petición para un Mandato Judicial Preliminar*

☐ Other / *Otro*: _____

will be heard by / *se ventilará ante*:

☑ Judge-in-Chambers / *el juez de turno*

☐ the calendar Judge / *el juez asignado*, Judge / *Juez* _____, calendar / *calendario* ____

at the following location / *en el siguiente lugar*:

☑ Judge-in-Chambers Room 4220 (4th Floor)/ *Juez de turno, Oficina 4220 (4to Piso)* – 500 Indiana Ave. NW

☐ 500 Indiana Ave. NW, Courtroom / *Sala* _____

☐ Building / *Edificio* A: 515 5th St. NW, Courtroom / *Sala* _____

☐ Building / *Edificio* B: 510 4th St. NW, Courtroom / *Sala* _____

If you wish to be heard, your presence is required / *Si desea hablar ante el juez, se requerirá su presencia*.

A TRUE COPY
TEST.
Clerk
By _____
Deputy Clerk

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION
Washington, D.C. 20001

Donte Bruxlin
_____
Plaintiff

vs.

Lolita Woodson
_____
Defendant

Civil Action No. 13-0005494

Initial Hrg: Nov. 15, 2013
J. Motley
Ct Rm 212
9:30 a.m.

## ORDER

Upon consideration of the motion TRO-PI,

filed by Donte Bruxlin

and after hearing argument on behalf of all parties concerned, it is, by the Court, this 19th day of August, 2013,

ORDERED:

(1) That the motion be, and it is hereby, ☐ GRANTED  ☒ DENIED

(2) That (although Plaintiff's Complaint for threatening and assaultive conduct alleged to have occurred in April 2013 remains) Plaintiff has failed to provide any evidence of need for temporary or preliminary injunctive relief as peace and no contact has been maintained at work place for several months and the allegation of one "tired of seeing you" remark on Aug. 8, 2013, was not proven and in any event was not a threat.

_Mary Ellen Abrecht_
JUDGE

Copies to parties in ct.

Copies to:
Form CV-545/Apr. 03